UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ALISHA PEREZ,<br>Defendant. | Case No. 2:16-cr-00062-LRH-GWF<br><br>ORDER |

Before this court is the Findings and Recommendation of U.S. Magistrate Judge George W. Foley Jr. (ECF No. 97) entered on January 11, 2017, recommending denying defendant Alisha Perez's Motion to Suppress (ECF No. 63) entered on September 26, 2016. On January 24, 2017, Perez filed her objections (ECF No. 98). The United States has failed to respond.

The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The court has conducted its *de novo* review in this case and has fully considered Perez's objections and the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The court determines that the Magistrate Judge's Findings and Recommendation (ECF No. 97) entered on January 11, 2017, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Findings and Recommendation (ECF No. 97) entered on January 11, 2017, is **adopted and accepted** and defendant's Motion to Suppress (ECF No. 63) is **DENIED**.

IT IS FURTHER ORDERED that the United States shall file a response to defendant Darrin Wilder's Motion to Sever (ECF No. 65) within 10 days of the date of this order and defendant Wilder may file a reply within 7 days of the response.

IT IS SO ORDERED.

DATED this 9th day of February, 2017.

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE