UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ALISHA PEREZ, ) <br> ) <br> Defendant. ) <br> ) | 2:16-cr-00062-LRH-GWF <br><br> **O R D E R** |

Pending before the Court is Defendant's motion to modify conditions of pretrial release. Docket No. 100. The Court hereby SETS a hearing on this motion for February 14, 2017, at 9:00 a.m. in Courtroom 3A.

IT IS SO ORDERED.

DATED: February 13, 2017.

NANCY J. KOPPE
United States Magistrate Judge