UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:16-cr-0062-LRH-GWF |
| Plaintiff, | MINUTE ORDER |
| vs. | DATED: May 20, 2019 |
| HAKIM RYDELL BRANCHE-JONES, et al., | |
| Defendant. | |

**PRESENT:** <u>HONORABLE LARRY R. HICKS</u>, UNITED STATES DISTRICT JUDGE
Deputy Clerk: <u>Jennifer Cotter</u>   Reporter: <u>None Appearing</u>
Counsel for Plaintiff(s):<u> None Appearing</u>
Counsel for Defendant(s):<u> None Appearing</u>

**MINUTE ORDER IN CHAMBERS:**

Defendant Albert Jones filed a Motion to Continue Pretrial Motions (ECF No. 213) on April 26, 2019. Government filed a response on May 9, 2019 (ECF No. 217), with suggested deadlines, and indicated that counsel for defendants Hakim Rydell Branche-Jones, Alisha Perez and Elizabeth Perez do not oppose the proposed deadlines. Defendant Darrin Wilder filed a non-opposition on May 13, 2019 (ECF No. 218). Defendant Albert Jones did not file a reply. Good cause appearing,

IT IS ORDERED that the pretrial motion schedule is modified as follows. The Court has advanced the schedule proposed by the Government by one week in each instance:

Pretrial motions shall be filed on or before **July 15, 2019**;
Any responses shall be filed no later than **July 26, 2019;** and
Replies shall be filed on or before **August 2, 2019.**

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:     /s/
Deputy Clerk