# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALISHA PEREZ,<br><br>Defendants. | CASE NO. 2:16-CR-00062-LRH-EJY<br><br>**ORDER** |

The Court, having considered the stipulation of the parties, and for good cause showing, finds that the hearing set on July 16, 2020, pursuant to Fed. R. Crim. P. 11, should be continued for 90 days.

The Court adopts and incorporates herein in full, District of Nevada, Temporary General Order 2020-05 of March 30, 2020, regarding Authorization for Video and Teleconferencing Under the CARES Act And The Exigent Circumstances Created By COVID-19 And Related Coronavirus (hereinafter "General Order"), including the finding that in light of the current state of emergency brought on by the COV-19 pandemic, and during the time the General Order is in effect, the Court cannot conduct an in-person felony plea hearing under Rule 11 without serious risk to the health and safety of the public and the parties involved in this matter.

IT IS HEREBY ORDERED that the Rule 11 Change of Plea Hearing currently scheduled for July 16, 2020, at 9:30 a.m., be vacated and continued to Wednesday, October 7, 2020, at 12:15 p.m., before District Judge Hicks in a Las Vegas courtroom to be determined.

Dated this 29th day of June 2020.

_____
THE HONORABLE LARRY R. HICKS
UNITED STATES DISTRICT JUDGE