UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ALISHA PEREZ,<br><br>　　　　Defendant. | CASE NO. 2:16-cr-00062-LRH-EJY<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE SEALED EXHIBT** |

　　　Defendant Alisha Perez, through her attorneys of record, respectfully files this Unopposed Motion to seal Exhibit A, a short video, submitted to the government and the Court, and which will be presented at the time of on August 25, 2021. Because the video contains sensitive and confidential information, the video, preserved on a UBS external drive, should be filed with and maintained by the Clerk of Court under seal.

　　　The government has no objection to this Motion.  Undersigned counsel served on this date Exhibit A on the government and this Court via overnight mail.

　　　For the foregoing reasons, defendant respectfully requests that the Court enter an order directing the sealing Exhibit A.

Respectfully submitted,

KATHLEEN BLISS LAW PLLC

*/s/ Kathleen Bliss*
KATHLEEN BLISS, ESQ.
Nevada Bar No. 7606
1070 W. Horizon Ridge Pkwy., Suite 202
Henderson, Nevada 89012

## IT IS SO ORDERED

Having considered Defendant's Motion herein, and for good cause presented, Defendant's unopposed Motion is **GRANTED**.

**EXHIBIT A**, consisting of Defendant's Mitigation Film **SHALL BE FILED AND MAINTAINED UNDER SEAL.**

Dated: August 18, 2021.

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE