UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00062-LRH-EJY |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| HAKIM BRANCHE-JONES, DARRIN WILDER, ALISHA PEREZ ALBERT JONES, and ELIZABETH PEREZ | |
| Defendants. | |

Before the Court is Mr. Branche-Jones' motion to continue sentencing hearing (ECF No. 411). Mr. Branche-Jones requests that his sentencing hearing currently scheduled for Wednesday, October 6, 2021, be moved to the end of 2021 to allow him time to get a trial date set in his state court case. Mr. Wilder filed a non-opposition and joinder to Defendant Hakim Rydell Branche-Jones' motion to continue sentencing (ECF No. 412). Mr. Wilder requests that all defendants awaiting sentencing in this case be sentenced on the same date. The Government does not oppose either Mr. Branche-Jones' motion to continue, or Mr. Wilder's Joinder, except to the extent that Mr. Wilder's joinder seeks to continue the sentencing hearing of Mr. Albert Jones. Mr. Albert Jones filed an opposition to Mr. Branche-Jones' motion to continue sentencing (ECF No. 414).

The Government argues that the plea agreement as to Mr. Albert Jones contemplates a joint recommendation for a sentence of imprisonment of 15 months, which is shorter than the period that Mr. Albert Jones has, to date, spent in federal custody pending his federal charges. His time in federal custody to date also exceeds the period for a sentence imposed under the Sentencing

Guidelines as contemplated by the PSR. In addition, Mr. Albert Jones's plea agreement also contemplates the dismissal of any remaining federal charges against him at the time of sentencing.

Mr. Albert Jones formally objects to the continuance, has waived his right to be present at the sentencing and agrees with the Government that it would be more judicious to sentence him separately by video and requests that his sentencing date remain in place. For the reasons stated above the Court will grant Mr. Branche-Jones' motion to continue and Mr. Wilder's Joinder and deny Mr. Wilder's motion to continue the sentencing hearing for Mr. Albert Jones.

IT IS THEREFORE ORDERED that Defendant Branche-Jones' motion to continue his sentencing (ECF No. 411) is **GRANTED.** The Court will continue the sentencings of defendants Mr. Branche-Jones and Mr. Wilder to a later date at the end of 2021. The Court does not continue the sentencing of Mr. Albert Jones, which will proceed as planned on October 6, 2021.

IT IS SO ORDERED.

DATED this 30th of September, 2021.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE